IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Miguel Santos, Sr., Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC, Movant, v. Miguel Santos, Sr., Debtor, Frederick L. Reigle, Trustee, Additional Respondent. | BANKRUPTCY CASE NUMBER 14-20003/SR  11 U.S.C. § 362 |

**O R D E R**

AND NOW, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtors' Loan Modification with Nationstar Mortgage LLC with respect to the property located at 6326 Ditman Street, Philadelphia, PA 19135 is hereby APPROVED.

BY THE COURT:

Dated: September 1, 2016

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE