United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-20003-sr
Miguel Santos, Sr.                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW           Page 1 of 1              Date Rcvd: Sep 02, 2016
                          Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2016.
db          +Miguel Santos, Sr.,   6326 Ditman Street,   Philadelphia, PA 19135-3202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2016 at the address(es) listed below:
     DAVID M. OFFEN    on behalf of Debtor Miguel  Santos, Sr. dmo160west@gmail.com,
      davidoffenecf@gmail.com
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
     FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
     KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
     KIMBERLY A. BONNER    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC amps@manleydeas.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Miguel Santos, Sr.,<br>    Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC,<br>    Movant,<br>v.<br>Miguel Santos, Sr.,<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>14-20003/SR<br><br>11 U.S.C. § 362 |
| Frederick L. Reigle, Trustee,<br>   Additional Respondent. | |

### **O R D E R**

AND NOW, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtors' Loan Modification with Nationstar Mortgage LLC with respect to the property located at 6326 Ditman Street, Philadelphia, PA 19135 is hereby APPROVED.

BY THE COURT:

Dated: September 1, 2016

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE