IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                    :   CHAPTER 13
                         :
Miguel Santos, Sr.       :
        Debtor           :   No.  14-20003-JKF

ORDER

**AND NOW**, this 18th Day of September , 2019, upon
consideration of the Motion to Compel Portfolio Recovery
Associates, LLC to Release the Vehicle Title to Allstate
Insurance

It is hereby **ORDERED** ~~AND DECREED~~ that Portfolio Recovery
Associates turn over the debtor's vehicle title to Allstate
Insurance.~~so that the debtor can receive funds in order to obtain~~
~~a new vehicle.~~

Date: 9/18/19    _____
                 **HONORABLE JEAN K. FITZSIMON**
                 **UNITED STATED BANKRUPTCY JUDGE**

CC:

Scott F. Waterman Esq., Trustee

David M. Offen

Portfolio Recovery Associates, LLC.