United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Miguel Santos, Sr.
    Debtor

Case No. 14-20003-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Sep 18, 2019
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.
db         +Miguel Santos, Sr.,    6326 Ditman Street,    Philadelphia, PA 19135-3202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13535163        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 03:18:00
          Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                                                          TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Miguel  Santos, Sr. dmo160west@gmail.com,
      davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor  Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor  Nationstar Mortgage LLC pa-bk@logs.com
          KEVIN S. FRANKEL    on behalf of Creditor  NATIONSTAR MORTGAGE LLC pa-bk@logs.com
          KIMBERLY A. BONNER    on behalf of Creditor  NATIONSTAR MORTGAGE, LLC kab@jsdc.com,    jnr@jsdc.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
      ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                        TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE | : | CHAPTER 13 |
|  | : |  |
| Miguel Santos, Sr. | : |  |
|     Debtor | : | No. 14-20003-JKF |

ORDER

**AND NOW,** this 18th Day of September, 2019, upon consideration of the Motion to Compel Portfolio Recovery Associates, LLC to Release the Vehicle Title to Allstate Insurance

It is hereby **ORDERED** ~~and~~ **~~DECREED~~** that Portfolio Recovery Associates turn over the debtor's vehicle title to Allstate Insurance. ~~so that the debtor can receive funds in order to obtain a new vehicle.~~

Date: 9/18/19

_____
**HONORABLE JEAN K. FITZSIMON
UNITED STATED BANKRUPTCY JUDGE**

CC:

Scott F. Waterman Esq., Trustee

David M. Offen

Portfolio Recovery Associates, LLC.