IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE                    :    CHAPTER 13
                         :
Miguel Santos, Sr.       :    No. 14-20003-JKF
    Debtor               :
```

O R D E R

AND NOW, this          day of              , 2020, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: January 3, 2020**

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

Scott F. Waterman, Esq., Trustee

David M. Offen, Esquire

Miguel Santos, Sr.

PAYROLL CONTROLLER
Allied Barton Security Services, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428