```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                          Case No. 14-20003-jkf
Miguel Santos, Sr.                                              Chapter 13
           Debtor                   CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2          Date Rcvd: Apr 10, 2020
                              Form ID: 138NEW          Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2020.
db             +Miguel Santos, Sr.,    6326 Ditman Street,    Philadelphia, PA 19135-3202
cr             +NATIONSTAR MORTGAGE LLC,    c/o Kevin S. Frankel, Esquire,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13468941       +Bank of America, N.A.,    c/o McCalla Raymer, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
13446825        Firstsource Advantage, LLC,    P.O. Box 628,   Buffalo, NY 14240-0628
13446827      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage Ll,     350 Highland Dr,    Lewisville, TX 75067)
13446826       +National Recovery,    4201 Crums Mill Rd,   Harrisburg, PA 17112-2893
13446830        Penn Medicine,    UPHS Physicians Patient Pay,    PO Box 824406,   Philadelphia, PA 19182-4406
13446831        Phila Gas Works,    PO Box 11700,   Newark, NJ 07101-4700
13446832       +Shell/Citi,    Po Box 6497,   Sioux Falls, SD 57117-6497
13446833       +Thd/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
14386465        U.S. Bank National Association, not in its individ,    PO Box 814609,    Dallas, TX  75381-4609
13446835       +Wells Fargo Bank,    Po Box 14517,   Des Moines, IA 50306-3517
13525918       +Wells Fargo Card Services,    1 Home Campus,   3rd Floor,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 11 2020 03:54:02     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2020 03:53:27
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2020 03:53:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2020 04:03:08
                 PRA  Receivables Management LLC,   POB 41067,    Norfolk, VA 23541-1067
13446820       +E-mail/Text: kristin.villneauve@allianceoneinc.com Apr 11 2020 03:53:08     Allianceone,
                 1684 Woodlands Dr Ste 15,    Maumee, OH 43537-4093
13451482        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 11 2020 04:03:12
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13501868        E-mail/Text: ally@ebn.phinsolutions.com Apr 11 2020 03:53:09
                 American Suzuki Financial Services,   PO Box 130424,    Roseville, MN 55113-0004
13446821       +E-mail/Text: ally@ebn.phinsolutions.com Apr 11 2020 03:53:09     Asfs,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
13446822        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 11 2020 04:02:18     Cap One,
                 Po Box 85520,    Richmond, VA 23285
13523538        E-mail/Text: megan.harper@phila.gov Apr 11 2020 03:54:02     City of Philadelphia,
                 Law Department  Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13446823       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 11 2020 03:53:18     Comenity Bank/Ashstwrt,
                 Po Box 182789,    Columbus, OH 43218-2789
13446824        E-mail/Text: convergent@ebn.phinsolutions.com Apr 11 2020 03:53:59
                 Convergent Outsourcing, Inc.,   PO Box 9004,    Renton, WA 98057-9004
13446828       +E-mail/PDF: cbp@onemainfinancial.com Apr 11 2020 04:03:02     Onemain,    Po Box 499,
                 Hanover, MD 21076-0499
13535163        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2020 04:03:08
                 Portfolio Recovery Associates, LLC,   POB 41067,    Norfolk VA 23541
13446829       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 11 2020 03:53:16     Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13471971        E-mail/Text: bnc-quantum@quantum3group.com Apr 11 2020 03:53:23
                 Quantum3 Group LLC as agent for,   Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
13446834        E-mail/Text: megan.harper@phila.gov Apr 11 2020 03:54:02     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Bank of America, N.A.,    c/o McCalla Raymer, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
cr*             U.S. Bank National Association, not in its individ,    PO Box 814609,    Dallas, TX  75381-4609
13469201*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741)
13994734*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
                 Norfolk, VA 23541)
13473163      ##+Bank of America, N.A.,    Bankruptcy Department,    P.O. Box 26012, NC4-105-02-99,
                 Greensboro, NC 27420-6012
                                                                                   TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0313-2           User: PaulP             Page 2 of 2              Date Rcvd: Apr 10, 2020
                               Form ID: 138NEW        Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2020 at the address(es) listed below:

```
          DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, not in its
           individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST VII
           debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
          DAVID M. OFFEN    on behalf of Debtor Miguel  Santos, Sr. dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
          KIMBERLY A. BONNER    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC kab@jsdc.com,   jnr@jsdc.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Miguel Santos, Sr.

    Debtor(s)

Bankruptcy No: 14−20003−jkf

Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

    For The Court
    Timothy B. McGrath
    Clerk of Court

Dated: 4/10/20

96 − 95
Form 138_new